USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05-21-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
POLISH STEAMSHIP CO.,

           Plaintiff,

- against -

BELARUSSIAN SHIPPING CO. LTD. a/k/a
BELARUSISIAN SHIPPING CO. a/k/a
BELARUSIAN SHIPPING CO. a/k/a
BELORUSIAN SHIPPING CO.,
TRASER ALLIANCE LTD. and
DEKKER LIMITED,

           Defendants.
-------------------------------------------------------------X

08 CV 4749 (RWS)

ECF CASE

**ORDER APPOINTING
SPECIAL PROCESS
SERVER PURSUANT
TO F.R.C.P. RULE 4(c)**

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Kevin J. Lennon, sworn to on May 20, 2008, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson (Siegel), Colleen McEvoy, Anne C. LeVasseur or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, including Gotham Process Servers, be, and is hereby, appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, Defendants.

Dated: New York, NY
      May 21, 2008

                                                    _____
                                                    U.S.D.J.