CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
POLISH STEAMSHIP CO..,

                Plaintiff,     :   08-CV-4749

        v.                 :   **NOTICE OF APPEARANCE**

BELARUSSIAN SHIPPING CO. LTD., a/k/a
BELARUSSIAN SHIPPING CO., a/k/a
BELARUSIAN SHIPPING CO., a/k/a
BELORUSIAN SHIPPING CO., TRASER
ALLIANCE LTD. DEKKER LIMITED,

                Defendants.
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       June 17, 2008

                                              CLARK, ATCHESON & REISERT
                                              Attorneys for Garnishee
                                              Societe Generale New York Branch

By: _____
                                              Richard J. Reisert (RR-7118)
                                              7800 River Road
                                              North Bergen, NJ 07047
                                              Tel: (201) 537-1200
                                              Fax: (201) 537-1201
                                              Email: reisert@navlaw.com